IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARON YASIN | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | Civil Action No. _____ |
| NUMOTION and GABRIEL GOMEZ | § § § § | |
| *Defendants.* | § § | |

## NOTICE OF REMOVAL

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Numotion and Gabriel Gomez, through their undersigned counsel, hereby removed the instant action from the Harris County Civil Court at Law No. 2 (the "State Court Action") to the United States District Court for the Southern District of Texas.

This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiff Sharon Yasin has brought claims "arising under" the Constitution and Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.* The grounds for removal are set forth in more detail below.

### THE STATE COURT ACTION

1.  On February 13, 2023, Plaintiff filed her Original Petition in the Harris County Civil Court at Law No. 2, styled *Sharon Yasin v. Numotion et al.*, Case No. 1199480. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, copies of documents in the State Court action are attached as follows:

1

| Exhibit | Document |
|---|---|
| A | Harris County Civil Court at Law No. 2 – Docket Sheet |
| B | Plaintiff's Original Petition dated February 23, 2023 |
| C | Citation Issuance – Numotion issued March 10, 2023 |
| D | Return of Service – Numotion dated March 21, 2023 |
| E | Citation Issuance – Gabriel Gomez issued March 10, 2023 |
| F | List of all counsel of record, including addresses, telephone numbers and parties represented |

2. Plaintiff's lawsuit arises out of an apparent interaction between Gabriel Gomez and Plaintiff regarding provision of a new wheelchair.

3. Defendant Numotion was served with the Citation and Original Petition on March 15, 2023. (Ex. D).

4. Defendant Gabriel Gomez has not yet been served by Plaintiff but consented to the removal of this Action.

5. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after a copy of the initial pleading setting forth the claim for relief upon which this action is based was served upon Defendants.

6. This Notice of Removal is being filed within one (1) year from the commencement of the action as required by 28 U.S.C. § 1446(c)(1).

7. Upon filing the Notice of Removal, Defendants will furnish written notice to Plaintiff and/or Plaintiff's counsel, and will file and serve a copy of the Notice with the Clerk of the Harris County Civil Court at Law No. 2, pursuant to 28 U.S.C. § 1446(d).

## JURISDICTION

**I. Federal question jurisdiction constitutional and statutory requirements are satisfied.**

8. Plaintiff's Original Petition states claims for "violating [her] ADA Rights, Discrimination, Civil [and] Constitutional Rights." (Ex. B, ¶ IV).

9. Pursuant to Article III of the U.S. Constitution federal courts can hear "all cases, in law and equity, arising under this Constitution, [and] the laws of the United States . . ." U.S. const., Art. III, Sec. 2.

10. Pursuant to 28 U.S.C. § 1331 this Court may exercise jurisdiction because Plaintiff's claims "aris[e] under" and are based upon federal law. (Ex. B, ¶ IV).

## II. Removal is timely

11. On March 15, 2023, Defendant Numotion was served with the Citation and Original Petition (Ex. D).[1] Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal within 30 days of service.

## III. Venue

12. Removal of the Plaintiff's action filed in the Harris County Civil Court at Law No. 2 to the United States District Court for the Southern District of Texas is proper pursuant to 28 U.S.C. § 1441(a) because it sits in this federal judicial district.

### CONCLUSION

13. For the foregoing reasons, Defendants respectfully state that this action, previously pending in the Harris County Civil Court at Law No. 2 is properly removed to this Court.

*Signatures on following page.*

---

[1] Defendant Gabriel Gomez has not yet been served by Plaintiff but consented to the removal of this Action as noted above.

Dated: March 31, 2023

Respectfully submitted,

By: */s/ Stephanie C. Gaston*
      **STEPHANIE C. GASTON**
      Bar No. 24065280
      sgaston@bradley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**

JPMorgan Chase Tower
600 Travis Street, Suite 5600
Houston, Texas 77002
Telephone (713) 576-0300
Facsimile (713) 576-0301

**ATTORNEY FOR NUMOTION AND GABRIEL GOMEZ**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument was served upon counsel of record on March 31, 2023, pursuant to the Federal Rules of Civil Procedure.

*/s/ Stephanie C. Gaston*
Stephanie C. Gaston